IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. EMANUELA BARZI, an Individual, | |
| Plaintiff, | Case No. 25-CV-09247 |
| v. | Honorable Virginia M. Kendall, District Judge |
| FERMI RESEARCH ALLIANCE, LLC, et. al | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT
AND FOR LEAVE TO FILE AN ENLARGED OMNIBUS BRIEF**

Defendants respectfully request (i) a 30-day extension – moving the deadline

from July 16 to August 14 – to answer or otherwise respond to Plaintiff's Second

Amended Complaint ("SAC"), and (ii) leave to file single omnibus briefs in support of

any motion directed to the SAC. In support of these requests, Defendants state as

follows:

1.      On June 18, Plaintiff filed the SAC, which is 141 pages (including 9

exhibits), reiterates and preserves claims surviving the Court's order on Defendants'

motion to dismiss, repleads or supplements allegations relevant to multiple counts,

including Counts IV-XII, and adds a Section 1981 claim based on Italian ancestry and

ethnicity. (Dkt. 46.)

1

2.     Under the Court's May 13 Order, the deadline for Defendants to answer or otherwise respond is July 16. (Dkt. 45.)

3.     This Court has authority under Federal Rule of Civil Procedure 6(b) to extend the time to file an answer or otherwise respond to the allegations in a complaint upon a showing of good cause. *See* Fed. R. Civ. P. 6(b). Here, there is good cause to extend the deadline by 30 days for several reasons.

4.     First, the SAC is voluminous and complex. At 141 pages with nine exhibits, it asserts or repleads multiple federal and state claims—including individual-capacity claims—against nine Defendants. These claims involve distinct legal theories and factual allegations that must be carefully evaluated in light of the Court's 53-page Memorandum Opinion and Order (Dkt. 41) resolving Defendants' prior motion to dismiss. Counsel must assess which allegations are new or materially supplemented and investigate the factual additions.

5.     Second, Defendants represent nine parties—two entities and seven individuals—which requires coordination and consultation to prepare a unified responsive pleading. The claims involve complex factual and legal issues spanning multiple decades of Plaintiff's employment and multiple federal and state statutory schemes.

6.     Third, no party will be prejudiced by a brief extension. There is no trial date scheduled in this matter. A modest extension will allow Defendants to file a well-considered responsive pleading without disrupting the Court's schedule.

7. Fourth, Plaintiff was granted an extension to file her SAC, which the Court accommodated without objection from Defendants. (Dkts. 44, 45.) Granting a reciprocal extension promotes fairness and orderly case management.

8. Defendants are not seeking an extension to delay the case unnecessarily, but rather to allow defense counsel sufficient time to investigate the underlying facts, to adequately consult with nine Defendants, and to file responsive pleadings on their behalf.

9. Moreover, to further promote efficiency and convenience, Defendants seek leave to file a single omnibus brief in support of any motion directed to the SAC on behalf of all nine Defendants, rather than submit nine separate briefs.

10. Given the common representation and overlapping legal and factual issues, permitting Defendants to file an omnibus brief will promote efficiency and convenience by consolidating arguments and eliminating unnecessary duplication.

11. Defendants also request the Court enlarge the page limit for their opening brief, from 15 to 25 pages. These additional pages will allow Defendants to adequately present their arguments without burdening the Court with excessive and redundant briefing.

12. The Court previously granted a similar request in connection with Defendants' prior motion to dismiss. (Dkt. 25.) Allowing consolidated briefing here will likewise promote efficiency and convenience.

3

13.     Plaintiff will not suffer prejudice if this request is granted. In fact, she will benefit by only having to prepare a single response with the same page limit requested by Defendants.

14.     On July 2, counsel for Defendants contacted Plaintiff to seek her consent to these requests. Plaintiff stated she does not object to a 14-day extension but will not consent to a 30-day extension.

15.     This is Defendants' first request for an extension to answer or otherwise respond to Plaintiff's SAC.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court enter an order (i) extending the time to file an answer or otherwise respond to the SAC until August 14, 2026, and (ii) granting Defendants leave to file omnibus briefs (with an opening brief enlarged to 25 pages) in support of any motion directed to the Second Amended Complaint.

Dated: July 6, 2026

Respectfully submitted,

By:     */s/ Daniel A. Kaufman*
Michael Best & Friedrich LLP
Daniel A. Kaufman
444 West Lake Street, Suite 3200
Chicago, IL 60606
Telephone: (312) 222 0800
Fax: 312 222 0818
Email: dakaufman@michaelbest.com

Katarina Dana Stockton
227 West Trade Street, Suite 1500
Charlotte, NC 28202
Email: kdstockton@michaelbest.com

4

5

Malin Ann Ehrsam
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Email: malin.ehrsam@michaelbest.com

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on July 6, 2026, he filed the foregoing ***Defendants' Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Second Amended Complaint and for Leave to File an Enlarged Omnibus Brief*** with the Clerk of the Court using the CM/ECF NextGen system, which will send notice of such filing to the following *pro se* party:

**Emanuela Barzi**
889 Napa Lane
Aurora, IL 60502
Emanuela.barzi@yahoo.com
(603) 519-5765

/s/ Daniel A. Kaufman
*Attorneys for Defendant*
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606

6