**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Emanuela Barzi

                       Plaintiff,

v.                                          Case No.: 1:25−cv−09247
                                          Honorable Virginia M. Kendall

Fermi Research Alliance, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Motion for extension of time to answer or otherwise plead and for leave to file an enlarged omnibus brief [48] is granted. Responsive brief due by 8/14/2026. If a Motion to Dismiss is filed, a new briefing schedule will be set and Status hearing set for 8/19/2026 will be stricken. Status hearing set for 8/19/2026 stands unless a Motion to Dismiss is filed and a new briefing schedule is set. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.