**IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| DR. EMANUELA BARZI, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>FERMI RESEARCH ALLIANCE, LLC, et. al<br><br>Defendants. | Case No. 25-CV-09247<br><br>Honorable Virginia M. Kendall,<br>District Judge<br><br>Magistrate Judge Beth W. Jantz |

<u>**DEFENDANTS' MOTION TO DISMISS**</u>

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Fermi Research Alliance, LLC ("FRA"), Fermi Forward Discovery Group, LLC ("Fermi Forward"), Lia Merminga, Bonnie Fleming, Sam Posen, Stephen Gourlay, George Velev, Alexander Romanenko, and Beth Fancsali hereby move this Court to dismiss Plaintiff's second amended complaint with prejudice.

As demonstrated in the accompanying brief, Plaintiff's second amended complaint warrants dismissal because: (i) the pleading violates Federal Rule of Civil Procedure 8 by spanning 141 single-spaced pages, containing 343 paragraphs and numerous repetitive, conclusory, and confusing allegations that fail to provide a short and plain statement of Plaintiff's claims; (ii) Plaintiff abandoned her national origin discrimination claim (Count III) and any purported Fair Pay Act claim by failing to replead or otherwise pursue those claims in the second amended complaint; (iii) Plaintiff fails to state a plausible disability discrimination claim under the ADA, Rehabilitation Act, or IHRA because her amended allegations do not plausibly connect any adverse action to her alleged disability (Count V); (iv) Plaintiff's aiding-and-abetting claims fail because the Individual Defendants are alleged to have acted solely in their capacities as FRA personnel and because Plaintiff does not

plead sufficient facts demonstrating knowing and substantial assistance in any actionable violation (Count VII); (v) Plaintiff's First Amendment retaliation and Equal Protection claims fail because she still does not plausibly allege state action, public-employer status, or personal involvement by any Individual Defendant in a constitutional deprivation (Count IX); (vi) Plaintiff's § 1981 discrimination and retaliation claims fail because she does not plausibly allege that her Italian ethnicity was the but-for cause of any adverse action, improperly conflates ethnicity with national origin, and relies on impermissible group pleading of the Individual Defendants (Count X); (vii) Plaintiff's breach of implied contract claim fails because the policies and procedures upon which she relies expressly disclaim contractual effect and do not create an enforceable promise under Illinois law (Count XI); (viii) Plaintiff's promissory estoppel claim fails because she identifies no clear and unambiguous promise and merely repackages her deficient implied-contract theory (Count XI-A); and (ix) Plaintiff's retaliatory discharge claim fails because the Illinois Whistleblower Act, Illinois Human Rights Act, and cited federal regulations do not supply the clearly mandated Illinois public policy necessary to support the tort (Count XII).

**WHEREFORE**, for the foregoing reasons and those set forth in a supporting brief, the Court should dismiss Plaintiff's second amended complaint with prejudice.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Daniel A. Kaufman*
Michael Best & Friedrich LLP
Daniel A. Kaufman
444 West Lake Street, Suite 3200
Chicago, IL 60606
Telephone: (312) 222 0800
Fax: 312 222 0818
Email: dakaufman@michaelbest.com

Katarina Dana Stockton
227 West Trade Street, Suite 1500
Charlotte, NC 28202
Email: kdstockton@michaelbest.com

2

Malin Ann Ehrsam
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Email: malin.ehrsam@michaelbest.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2026, he filed the foregoing motion with the Clerk of the Court using the CM/ECF NextGen system, which will send notice of such filing to the following *pro se* party:

**Emanuela Barzi**
889 Napa Lane
Aurora, IL 60502
Emanuela.barzi@yahoo.com
(603) 519-5765

/s/ Daniel A. Kaufman
*Attorneys for Defendant*
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606

4