**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Emanuela Barzi
Plaintiff,
v.
Case No.: 1:25−cv−09247
Honorable Virginia M. Kendall
Fermi Research Alliance, LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Motion to Dismiss [51]. Responses due by 8/31/2026; Replies due by 9/8/2026. Status hearing set for 8/19/2026 is stricken and reset for 10/21/2026 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.