BC

FILED
8/17/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Emanuela Barzi, an individual | ) | |
| Plaintiff, | ) | Case No. 25-CV-09247 |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall, |
| | ) | District Judge |
| Fermi Research Alliance, LLC et al., | ) | |
| Defendants. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OPPOSITION NOT EXCEEDING 17 PAGES**

Plaintiff Emanuela Barzi, proceeding pro se, respectfully moves for leave to file an Opposition not exceeding seventeen (17) pages to Defendants' Motion to Dismiss (Dkt. 51), and states as follows:

1. Local Rule 7.1 ordinarily limits memoranda in opposition to fifteen pages absent prior approval of the Court. Judge Kendall's procedures require any request to exceed that limit to be made before submission of the memorandum.

2. The Court previously granted Defendants leave to file a single memorandum not exceeding twenty-five (25) pages. (Dkt. 50.) Defendants' resulting memorandum seeks dismissal with prejudice of the entire Second Amended Complaint under Rule 8 and separately challenges Counts V, VII, IX, X, XI, XI-A, and XII. (Dkt. 52.)

3. Plaintiff seeks only two additional pages beyond the ordinary limit, and substantially fewer pages than Defendants were authorized to use, to respond concisely to those distinct arguments. Plaintiff has endeavored to eliminate duplication and has formatted the Opposition in compliance with the applicable Local Rules.

4. **Plaintiff's Opposition is complete and ready for immediate filing. Plaintiff does not seek an extension of the briefing schedule or any additional time to prepare her response.** Because the Court's procedures require leave to exceed the page limit to be requested before submission of the memorandum, Plaintiff has not yet submitted the completed Opposition. If leave is granted, Plaintiff will file it promptly.

WHEREFORE, Plaintiff respectfully requests leave to file an Opposition not exceeding seventeen (17) pages and, in light of the pending briefing and the status hearing currently set for August 19, 2026, respectfully requests prompt consideration of this limited request.

---

Dated: August 15, 2026

Respectfully submitted,
/s/ *Emanuela Barzi*

Emanuela Barzi
Plaintiff, pro se
889 Napa Lane
Aurora IL 60502
Telephone: (630) 518 5765
Email: emanuela.barzi@yahoo.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 15, 2026, she submitted the foregoing Plaintiff's Motion for Leave to File an Opposition Not Exceeding 17 Pages for filing with the Clerk of Court using the pro se filing portal. Upon docketing, the Court's electronic filing system will send notification of such filing to all counsel of record:

Daniel A. Kaufman
Malin A. Ehrsam
Katarina D. Stockton
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
dakaufman@michaelbest.com
malin.ehrsam@michaelbest.com
kdstockton@michaelbest.com
*Counsel for Defendants*

---

/s/ *Emanuela Barzi*
Pro Se
889 Napa Lane
Aurora, IL 60502
(630) 518-5765
emanuela.barzi@yahoo.com
August 15, 2026